T. L. EDGE AND WIFE, BESSIE EDGE, v. NORTH STATE FELDSPAR CORPORATION.

(Filed 28 September, 1938.)

**Appeal and Error § 38—**

When the Supreme Court is evenly divided in opinion, one Justice not sitting, the judgment of the Superior Court will be affirmed without becoming a precedent.

APPEAL by plaintiffs from *Johnston, J.,* at January Term, 1938, of YANCEY. Affirmed.

*Chas. Hutchins and Watson, Fouts & Watson for plaintiffs.*
*J. W. Ragland and G. D. Bailey for defendant.*

PER CURIAM. The question involved: Did the court below commit error in sustaining the defendant's motion for judgment as in case of nonsuit at the close of plaintiffs' evidence?

The Court being evenly divided in opinion, *Schenck, J.,* not sitting, the judgment of the Superior Court is affirmed and stands as the decision of this action without becoming a precedent. *Ins. Co. v. Stinson ante,* 97.

The judgment of the court below is

Affirmed.